[No. 6747–1.  Division One.  June 18, 1979.]

*In the Matter of the Marriage of* KAREN MAPES,
*Appellant, and* GERALD D. MAPES,
*Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 37073, Harry A. Follman, J., entered June 5, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris and Ringold, JJ.

[No. 6907–1.  Division One.  June 18, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
HENRY WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85949, James J. Dore, J., entered September 6, 1978. *Affirmed in part* and *remanded* by unpublished opinion per Andersen, J., concurred in by Farris and Williams, JJ.

[No. 7003–1.  Division One.  June 18, 1979.]

TROY OTT, ET AL, *Respondents,* v. ARMAND
F. ROBERGE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 813906, Oluf J. Johnsen, J. Pro Tem., entered November 15, 1977. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Andersen, JJ.

[No. 5445–1.  Division One.  June 18, 1979.]

*In the Matter of the Welfare of* CECILY
HARRINGTON.

Appeal from a judgment of the Superior Court for King County, No. J–76030, David C. Hunter, J., entered February 14, 1977. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris and Ringold, JJ.